Andre Brigham YOUNG,
Petitioner–Appellee,

v.

David WESTON, Superintendent of the
Special Commitment Center,
Respondent–Appellant.

No. 95–35958.

United States Court of Appeals,
Ninth Circuit.

Aug. 5, 1997.

Before: FLETCHER, JOHN T. NOONAN, Jr., and RYMER, Circuit Judges.

We remand this case to the district court for reconsideration in light of *Kansas v. Hendricks,* —— U.S. ——, 117 S.Ct. 2072, 138 L.Ed.2d 501 (1997).

**REMANDED.**